COURT OF APPEALS OF VIRGINIA

Present:  Chief Judge Moon, Senior Judges Cole and Duff

MERILLAT INDUSTRIES, INC./MASCO CORPORATION
AND
MICHIGAN MUTUAL INSURANCE COMPANY

MEMORANDUM OPINION[*]
v.   Record No. 2369-95-4              PER CURIAM
MARCH 19, 1996

MARY LEE PRESGRAVES


FROM THE VIRGINIA WORKERS'
COMPENSATION COMMISSION

> (Thomas G. Bell, Jr.; Timberlake, Smith, Thomas &
> Moses, on brief), for appellants.

> (George Warren Shanks, on brief), for appellee.


Merillat Industries, Inc. and its insurer contend that the Workers' Compensation Commission erred in finding that Mary Lee Presgraves' bilateral carpal tunnel syndrome qualifies as a compensable occupational disease within the meaning of "disease" under the Workers' Compensation Act ("the Act").

This appeal is controlled by the Supreme Court's decision in Stenrich Group v. Jemmott, ___ Va. ___, ___, ___ S.E.2d ___, ___ (1996) (holding that "job-related impairments resulting from cumulative trauma caused by repetitive motion, however labeled or however defined, are, as a matter of law, not compensable under the present provisions of the Act").

Accordingly, we reverse the commission's decision.

Reversed.

---

[*]Pursuant to Code § 17-116.010 this opinion is not designated for publication.